IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00209-WYD-MEH

ZENTS, INC., a Colorado corporation,

    Plaintiff,

v.

LATHER, INC., A California corporation,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 18, 2008.**

    The Joint Motion for Entry of Stipulated Protective Order [Filed July 15, 2008; Docket #14] is **granted**.  The Court will sign the Protective Order and enter it on the record.