**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-00209-CMA-MEH

ZENTS, INC., a Colorado corporation,

    Plaintiff,

v.

LATHER, INC., a California corporation,

    Defendant.

---

**ORDER REGARDING SETTLEMENT**

---

In consideration of Magistrate Judge Hegarty's minute entry regarding the Settlement Conference on October 24, 2008 (Doc. # 25), it is

ORDERED that this case is held in abeyance pending the filing of settlement papers. The Court notes that as of the date of this Order, no settlement papers have been filed. It is, therefore,

FURTHER ORDERED that settlement papers shall be filed on or before December 8, 2008. If by that date settlement papers have not been received by the Court or a motion for an extension of time has not been filed, on December 15, 2008 the case will be dismissed without prejudice.

    DATED: November  20 , 2008

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge