**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-00209-CMA-MEH

ZENTS, INC., a Colorado corporation,

    Plaintiff,

v.

LATHER, INC., a California corporation,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed.R.Civ.P. 41(1)(a)(ii) and the Stipulation and Joint Motion For Approval of Stipulation Regarding Dismissal With Prejudice (Doc. # 37) signed by the attorneys for the parties hereto, it is

ORDERED that this cause of action be DISMISSED WITH PREJUDICE.

DATED: March __10__, 2009

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Court Judge